# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00287-CV

**GEICO Advantage Insurance Company, Appellant**

**v.**

**Patricia Mihal, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-001403, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss the appeal stating that they have settled the underlying dispute and asking that we issue the mandate early. *See* Tex. R. App. P. 18.1(c) (allowing mandate to issue early "if the parties so agree"). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed

Filed: September 3, 2021